IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00332-PAB-SKC

JOHN M. WELLS, individually and as trustee for the Wells Revocable Trust, *et al.*,

    Plaintiffs,

v.

CITY OF BOULDER, *et al*.

    Defendants.

---

**UNOPPOSED MOTION TO SUBSTITUTE PARTY DEFENDANT**

---

    Defendants, by their undersigned counsel, pursuant to Fed. R. Civ. P. 25(d), submits this unopposed motion to substitute party defendant, and in support thereof, states as follows:

    1.    Undersigned counsel certifies that he has conferred with counsel for Plaintiffs and is authorized to state that this motion is unopposed.

    2.    The Amended Complaint (Doc. 11) names as a Defendant, Chris Meschuk, in his official capacity as interim city manager for the City of Boulder.

    3.    Effective May 10, 2021, Mr. Meschuk is no longer interim city manager. Nuria Rivera-Vandermyde is the new Boulder city manager.

    4.    Fed. R. Civ. P. 25(d) provides that "An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. . . . The court may order substitution at any time."

5. Because Mr. Meschuk was sued only in his official capacity, and because he no longer is interim city manager, Ms. Rivera-Vandermyde as the new city manager should be substituted in as a party defendant in Mr. Meschuk's place. *See id*.

WHEREFORE, Defendants respectfully request that the Court enter an Order substituting Nuria Rivera-Vandermyde, in her official capacity as Boulder city manager, for Chris Meschuk, in his official capacity as Boulder interim city manager, as a party Defendant, and amend the caption to reflect the change.

Dated this 10th day of May 2021.

Respectfully Submitted,

*/s/ Luis A. Toro*
Thomas A. Carr, City Attorney
Luis A. Toro, Senior Assistant City Attorney
Boulder City Attorney's Office
1777 Broadway
Boulder, CO 80302
Telephone: (303) 441-3020
Fax: (303) 441-3859
carrt@bouldercolorado.gov
torol@bouldercolorado.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this 10th day of May 2021, a true and correct copy of the foregoing **UNOPPOSED MOTION TO SUBSTITUTE PARTY DEFENDANT** was furnished through the CM/ECF system to the following:

Daniel E. Burrows
Public Trust Institute
dburrows@publictrustinstitute.org

Evan Stephenson
Spencer Fane, LLP
estephenson@spencerfane.com

                */s/ Lisa R. Thompson*
                Lisa R. Thompson