**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00332-PAB-SKC

JOHN M. WELLS, individually and as trustee for the Wells Revocable Trust, and
VALORIE WELLS, as trustee for the Wells Revocable Trust,

    Plaintiffs,

v.

CITY OF BOULDER, and
NURIA RIVERA-VANDERMYDE, City Manager, City of Boulder, in her official capacity,

    Defendants.

---

## JOINT STATUS REPORT

    Plaintiffs and Defendants, by their respective undersigned counsel, pursuant to the Court's Scheduling Order (Doc. 16), respectfully submit their joint status report.

### I.    Status of Discovery

    The following has occurred since the May 3, 2021 status conference: On June 4, 2021, Defendants served their First Supplemental Rule 26(a)(1) disclosures. On June 16, 2021, Defendants took the deposition of Plaintiff John M. Wells.

### II.    Status of Settlement.

    The parties have exchanged settlement offers.

### III.    Other issues

    Defendants anticipate filing a motion for summary judgment. There are no other issues that could potentially require a court ruling at this time.

Dated this 27th day of July 2021.

Respectfully Submitted,


*s/Evan B. Stephenson*
Evan Bennett Stephenson
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Email:  estephenson@spencerfane.com

*Attorney for Plaintiff*


*s/ Luis A. Toro*
Sandra M. Llanes, Interim City Attorney
Luis A. Toro, Senior Assistant City Attorney
Boulder City Attorney's Office
1777 Broadway
Boulder, CO 80302
Telephone:  (303) 441-3020
Fax:  (303) 441-3859
carrt@bouldercolorado.gov
torol@bouldercolorado.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July 2021, a true and correct copy of the

foregoing **JOINT STATUS REPORT** was furnished through the CM/ECF system to counsel of

record appearing herein.


_s/ Lisa R. Thompson_
Lisa R. Thompson