IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00332-PAB-SKC

JOHN M. WELLS, individually and as trustee for The Wells Revocable Trust, and
VALORIE WELLS, as trustee for The Wells Revocable Trust

    Plaintiffs,

v.

CITY OF BOULDER, and
NURIA RIVERA-VANDERMYDE, city manager, City of Boulder, in her official capacity,

    Defendants.

## STIPULATION

Under D.C.COLO.LCivR 6.1, the parties hereby stipulate that Plaintiffs may have an additional fourteen days (i.e., until December 20, 2021) in which to respond to Defendants' First Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents. Consistent with the same rule, the undersigned certify that this stipulation is being contemporaneously served on their clients.

| | |
|---|---|
| s/ Daniel E. Burrows | s/ Sandra M. Llanes |
| **Daniel E. Burrows** | **Sandra M. Llanes** |
| Public Trust Institute | Boulder City Attorney's Office |
| 98 Wadsworth Blvd. #127-3071 | 1777 Broadway |
| Lakewood, CO 80226 | Boulder, CO 80302 |
| Telephone: (720) 588-2008 | Telephone: (303) 441-3020 |
| E-mail: dburrows@publictrustinstitute.org | E-mail: llanes@bouldercolorado.gov |
| Attorney for Plaintiffs | Attorney for Defendants |
| | (E-MAIL AUTHORIZATION) |