**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-2634

SAGE B. FRANCO, Personal Representative of the Estate of Seth Garrett Franco,

    Plaintiff,

v.

CITY OF BOULDER, COLORADO,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Sandra M. Llanes, counsel for Defendant City of Boulder, pursuant to D.C.COLO.LAttyR 5(b), respectfully moves this Court for an order permitting her to withdraw as counsel for Defendant City of Boulder. In support of this Motion Ms. Llanes states:

1. I am a Deputy City Attorney for the City of Boulder.

2. I was assigned to the role of interim city attorney upon former city attorney Thomas Carr's retirement.

3. Teresa Taylor Tate is now the current city attorney for Boulder. As such, she is entering her appearance by separate notice of entry of appearance.

4. Defendant City of Boulder will continue to be represented by Luis A. Toro, and Teresa Taylor Tate.

5. I respectfully submit that the foregoing constitutes good cause to permit me to withdraw as counsel for Defendant City of Boulder.

2

WHEREFORE, Sandra M. Llanes respectfully requests that the Court enter an Order permitting her to withdraw as counsel for Defendant City of Boulder.

Dated this 28th day of January 2022.

Respectfully Submitted,

*s/ Sandra M. Llanes*
Sandra M. Llanes, Deputy City Attorney
Luis A. Toro, Senior Assistant City Attorney
Boulder City Attorney's Office
1777 Broadway, 2nd Floor
Boulder, CO 80302
Telephone:  (303) 441-3020
Fax:  (303) 441-3859
llanesl@bouldercolorado.gov
torol@bouldercolorado.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January 2022, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** was furnished through the CM/ECF system counsel of record appearing herein.

*/s/ Lisa Thompson*
Lisa Thompson